# Court of Appeals
# of the State of Georgia

ATLANTA,  August 05, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0011. FRANCIS X. MOORE v. PREMIER PROFESSIONAL SERVICES, LLC**

Upon consideration of Appellant's EMERGENCY MOTION FOR WRIT OF SUPERSEDEAS, it is ordered that said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/05/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
_____ *, Clerk.*